## CHICAGO, BURLINGTON & QUINCY RAILWAY COMPANY v. EDWARD J. GILDERSLEEVE, Appellant.

### (No. 2.)

#### In Banc, April 13, 1909.

**CONTEMPTS: Punishment: Limited by Statute.** The inherent power of circuit courts to fix the amount of punishment in cases of contempts cannot be limited or abridged or regulated by statute.

Transferred from St. Louis Court of Appeals.

AFFIRMED.

*Chester H. Krum* for appellant.

*Edward S. Robert* and *Douglas W. Robert* for respondent.

GANTT, J.—The appellant, Gildersleeve, was sentenced by the circuit court of St. Louis, to jail for thirty days for a contempt of court in violating a decree of injunction in said court. From that judgment he appealed to the St. Louis Court of Appeals and that court transferred the cause to this court on a constitutional point, to-wit, that section 1617, Revised

Statutes 1899, was unconstitutional.  For the reasons assigned in Chicago, Burlington & Quincy Ry. Co. v. Gildersleeve, in an opinion handed down this day, and reported at page 170 of this Report, the judgment of the circuit court is affirmed.  *Valliant, C. J., Burgess* and *Fox, JJ.,* concur; *Lamm, Woodson* and *Graves, JJ.,* dissent in an opinion by *Lamm, J.*